UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

CHAKAKHAN R. DAVIS                                                              PLAINTIFF

v.                                           CIVIL ACTION NO.  3:20-CV-274-KHJ-LGI

DOLLAR GENERAL CORP., LLC;
DAVID BANKS, LISA WHITE, JOHN
DOES 1-25; and XYZ CORPS. 1-25                                            DEFENDANTS

ORDER

This action is before the Court on Plaintiff Chakakhan Davis's Motion for Default Judgment against Dollar General Corp., LLC [56]. For the following reasons, the Court denies the motion.

Plaintiff Chakakhan Davis is a repeat visitor to the Southern District of Mississippi. According to Judge Henry T. Wingate's count, she has filed eleven lawsuits in this District alone. *See Davis v. Hinds Community College, et al*, Civ. Action. No. 3:19-CV-693-HTW-LGI, [93]. Judge Wingate recently held a Show Cause hearing with Ms. Davis to discuss her repeated and frivolous case filings. Undeterred, Ms. Davis now moves for default judgment here despite the Court granting summary judgment in Dollar General's favor and dismissing the case with prejudice. [54, 55]. In her motion, Davis claims Dollar General never timely answered her Complaint, and she is entitled to default judgment. She is wrong. A

simple review of the docket shows that Dollar General timely filed a responsive pleading to her Complaint. Davis's motion is denied.

The Court cautions Davis that if this Court finds she has engaged in vexatious litigation or acted in bad faith, this Court may issue monetary sanctions against her and issue an injunction barring her from filing any new lawsuit in this District without prior approval of the Court.

SO ORDERED AND ADJUDGED this the 28th day of July, 2021.

s/ <i>Kristi H. Johnson</i><br>
UNITED STATES DISTRICT JUDGE